IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFORT ODOM | : | CIVIL ACTION |
| v. | : | |
| OFFICER EUGENE DONAHUE, PHILADELPHIA POLICE DEPT., et al. | : | NO. 12-6838 |

## O R D E R

AND NOW, this 11th day of February, 2013, having considered plaintiff's complaint and amended complaint (Document No. 6), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint and amended complaint are **DISMISSED** pursuant to 28 U.S.C. § 1915 (e).

2. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER, J.